FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SANTOS TOPETE,<br><br>　　　Petitioner,<br><br>　　v.<br><br>TIM VIRGA, Warden,<br><br>　　　Respondent. | Case No. CV 12-5790 RGK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed without prejudice.

DATED: August 23, 2012

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE